IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**JACQUES GILMORE**, *an Individual*,

Plaintiff,

v.  Case No. 2:21-cv-2661

**AIMBRIDGE HOSPITALITY, LLC**     **JURY DEMANDED**
*a Delaware limited liability company,*

Defendant.

**NOTICE OF CONSENT TO JOIN AS NAMED PLAINTIFF**

I, Jacques Gilmore, pursuant to 29 U.S.C. §§ 216(b) and 256, hereby consent and opt-in to become a named representative plaintiff and party plaintiff and authorize the prosecution of a collective action against Aimbridge Hospitality, LLC to recover any unpaid wages in my name, on my behalf and on behalf of a class of other similarly situated individuals. I understand as a class representative, I will make decisions concerning the litigation, including the method and manner of conducting and resolving this litigation. I specifically authorize counsel of record, J. Russ Bryant and Robert E. Morelli, III of Jackson, Shields, Yeiser, Holt, Owen & Bryant to pursue this lawsuit on my behalf along with all those similarly situated.

_____           11-05-2021
Signature                          _____
                                   Date

1