IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**JACQUES GILMORE**,

Plaintiff,

                                                                                               Case No. 2:21-cv-2661

**AIMBRIDGE HOSPITALITY, LLC**                              **JURY DEMANDED**
*a Delaware limited liability company*, and
**AH 2007 MANAGEMENT, LP**,
*a Delaware limited partnership*

Defendants.

---

### NOTICE OF SETTLEMENT

---

       Plaintiff hereby give notice that the Parties have reached an agreement in principle to settle this matter. The Parties are working to finalize the terms of the settlement and all settlement documentation.

Dated: November 16, 2022                Respectfully Submitted,

                                              *s/ Robert E. Morelli, III*
                                              J. Russ Bryant (TN BPR #33830)
                                              Robert E. Turner, IV (TN BPR #35364)
                                              Robert E. Morelli, III (TN BPR #037004)
                                              **JACKSON, SHIELDS, YEISER, HOLT**
                                              **OWEN & BRYANT**
                                              Attorneys at Law
                                              262 German Oak Drive
                                              Memphis, Tennessee 38018
                                              Tel: (901) 754-8001
                                              Fax: (901) 759-1745
                                              rbryant@jsyc.com
                                              rturner@jsyc.com
                                              rmorelli@jsyc.com

                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was filed electronically on this the 16th of November, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                                                       *s/ Robert E. Morelli, III*